

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

| | |
|---|---|
| Laqueta Monique Crawford, Appellant | Appeal from the 7th District Court of Smith County, Texas (Tr. Ct. No. 007-2778-06). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating. |
| No. 06-12-00159-CR     v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that appellant, Laqueta Monique Crawford, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 12, 2012
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra Autrey, Clerk